IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTEO C. PLANCARTE,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**GARY SWARTHOUT, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 12-3304 RS (PR)<br><br>**[PROPOSED] ORDER** |

　　On motion of respondent and good cause appearing, it is ordered that the time for filing a response to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including May 24, 2013.  Petitioner's reply if any shall be filed and served within 30 days of receipt of the answer or motion.

Dated: __3/21/13_____       _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Seeborg

[Proposed] Order (C 12-3304 RS (PR))