IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTEO CABRERA PLANCARTE,<br><br>    Petitioner,<br>vs.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | C 12-3304 RS (PR)<br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE TRAVERSE |

Good cause being shown, petitioner's unopposed motion to extend by 60 days the time for filing the traverse is granted. The due date for the traverse is December 20, 2013.

IT IS SO ORDERED.

Dated: 10/21/13

_____
The Honorable Richard Seeborg
U.S. District Judge

Order Extending Time for Traverse,                   1
*Plancarte v. Swarthout*, C 12-3304 (RS)